UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 18-2573-JFW(SSx)**                              Date: January 15, 2019

Title:    Tina Thornton -v- BMW of North America, LLC, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                None

**PROCEEDINGS (IN CHAMBERS):**    ORDER OF DISMISSAL

    In the Stipulation to Vacate Pre-Trial Conference and Notice of Settlement filed on January 14, 2019, Dkt. No. 17, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before January 29, 2019. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until January 29, 2019. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.

Initials of Deputy Clerk  sr